UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                            ) Case No. 09-15030-JPS
    STEPHEN R GIBSON                    ) Chapter 13 Proceedings
    NANCY A F GIBSON                    )
        Debtor(s)                       ) Judge Jessica E. Price Smith

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

    Pursuant to Federal Bankruptcy Rule 3002(f), CRAIG SHOPNECK, the duly appointed, qualified, and standing Chapter 13 Trustee ("Trustee") herein files notice that the amount required to cure the default in the below claim has been paid in full.

| Creditor: CITIMORTGAGE INC<br>Last 4 digits of number used to identify Debtor's account: 5903 | | |
|---|---|---|
| **Court Claim Number** | **Cure Amount in Proof of Claim** | **Amount Paid by Trustee** |
| 8 | $0.00 | $0.00 |

    Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure or post petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the creditor's proof of claim and is not subject to Federal Bankruptcy Rule 3001(f).

    /S/ Craig Shopneck
    CRAIG SHOPNECK (#0009552)
    Chapter 13 Trustee
    200 Public Square, BP Tower Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13shopneck@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on July 18, 2014 a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    CHARLES J. NAN NESS, ON BEHALF OF STEPHEN & NANCY GIBSON, DEBTORS, AT cjvlaw@prodigy.net

And by regular U.S. mail, postage prepaid, on:

    STEPHEN & NANCY GIBSON, DEBTORS, AT 8516 SUGAR TREE DRIVE, NOVELTY, OH 44072

    CITIMORTGAGE INC, P O BOX 6941, THE LAKES, NV 88901-0001

    CITIMORTGAGE INC, P O BOX 688971, DES MOINES, IA 50368-8971

    PATRICK D. HENDERSHOTT, P.O. BOX 525, TOLEDO, OH 43697-0525


    /S/ Craig Shopneck
    CRAIG SHOPNECK (#0009552)
    Chapter 13 Trustee
    200 Public Square, BP Tower Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13shopneck@ch13cleve.com

CS/ljb
07/18/14